■ TOWN OF GREECE, Appellant, v. URBAN DEVELOPMENT CORPORATION GREATER ROCHESTER, INC., et al., Respondents.— Order, Supreme Court, New York County, entered January 2, 1973, and judgment entered January 19, 1973, unanimously modified, on the law, to the extent of striking therefrom the decretal paragraphs dismissing the complaint and substituting therefor a declaration that the New York State Urban Development Corporation or its subsidiary, UDC-Greater Rochester, Inc., validly acquired the English Road property in the Town of 'Greece in accordance with statutory procedures; that the project thereon may proceed in the absence of compliance with the comprehensive plan of development of the Town of Greece; that the Urban Development Corporation Act applies in communities such as the Town of Greece; that the acquisition of the land and construction of the project in the Town of Greece for the purpose of providing low income housing accommodations does not violate article XVIII of the State Constitution; and, that the findings of the New York State Urban Development Corporation or its subsidiary, UDC-Greater Rochester, Inc. with respect to the need in the area of the Town of Greece for safe and sanitary low income housing that cannot be provided by the operators of private enterprise are rational and supported; and, as so modified, the order and the judgment are affirmed, without costs or disbursements. Since this was an action for declaratory judgment, it was error, in granting summary judgment to defendants, to direct dismissal of the complaint. A declaration in favor of defendants should instead have been made. (See *St. Lawrence Univ.* v. *Trustees of Theol. School of St. Lawrence Univ.*, 20 N Y 2d 317, 325; *Lanza* v. *Wagner*, 11 N Y 2d 317, 334, app. dsmd. 371 U. S. 74; *New York Sporting Arms Assn.* v. *City of New York*, 31 A D 2d 793 and cases cited therein.) Concur — McGivern, P. J., Markewich, Kupferman, Lupiano and Steuer, JJ.

■ CATHERINE HERLIHY et al., Respondents, v. WESTCHESTER STREET TRANSIT Co., INC., et al., Appellants.— Judgment, Supreme Court, Bronx County, entered March 25, 1974, modified, on the law and on the facts, and a new trial granted solely on the issue of damages as to the plaintiff-respondent Catherine Herlihy, with $60 costs and disbursements of this appeal to abide the event, and otherwise affirmed, unless the plaintiff-respondent Catherine Herlihy within 20 days of service upon her by the defendants-appellants of a copy of the order entered hereon, with notice of entry, serves and files in the office of the trial court a written stipulation consenting to reduce her verdict to $150,000 and to the entry of an amended judgment in accordance therewith. If the plaintiff-respondent Catherine Herlihy consents to the reduction, the judgment as so modified, amended and reduced is affirmed, without costs or disbursements. In our opinion the amount awarded by the jury to Catherine Herlihy was excessive and a verdict in excess of the amount indicated is not warranted on this record. Concur — McGivern, P. J., Nunez, Kupferman and Tilzer, JJ.; Murphy, J., votes to affirm the judgment.